RECEIVED
IN LAKE CHARLES, LA.

AUG 21 2014

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RON STUART MARTIN | * | CIVIL ACTION NO. 2:14-CV-417 |
| Petitioner | * | SECTION P |
| V. | * | JUDGE MINALDI |
| AVOYELLES CORRECTIONAL CENTER | * | MAGISTRATE JUDGE KAY |
| Respondent | * | |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 5] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petitioner's application for a writ of *habeas corpus* be and hereby is **DISMISSED, WITHOUT PREJUDICE**.

Lake Charles, Louisiana, this 19 day of _____August_____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE